**Order entered June 6, 2022**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00039-CV

## TRACEY B. THOMPSON, Appellant

## V.

## MARTIN F. GAINES, Appellee

## On Appeal from the 101st Judicial District Court
## Dallas County, Texas
## Trial Court Cause No. DC-19-09781

## ORDER

Before the Court is appellant's June 3, 2022 motion for extension of time to file her brief. We **GRANT** the motion and **ORDER** the brief be filed no later than July 6, 2022.

/s/    CRAIG SMITH
       JUSTICE